

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00077-CV

NGA LY, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ASHLEY LY TRUONG AND THE ESTATE OF TIFFANY LY TRUONG, Appellant

V.

DAVID NGUYEN, AKA HUNG QUOC NGUYEN, A/K/A NGUYEN HUNG QUOC; HOA THI TRAN, A/K/A THUAN TUAN TRAN, A/K/A HOA NGUYEN; TRAN DIEM THUY; DIEM TRAN; AND SAINT JOSEPH VILLAGE CONDOMINIUM ASSOCIATION, INC., Appellees

Appeal from the 127th District Court of Harris County.   (Tr. Ct. No. 2008-17570).

**TO THE 127TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 19th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on December 4, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Nga Ly, Individually and as Administrator of the Estate of Ashley Ly

Truong and the Estate of Tiffany Ly Truong, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 19, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 29, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

